IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **PHILLIS HOGGLE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) CIVIL ACTION NO. 07-0635-CG-B |
| | ) |
| **CREDIT SOLUTIONS CORPORATION,** | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on the plaintiff's Stipulation of Dismissal filed on December 4, 2007 (Doc. 6), in which the plaintiff advises that all claims against the defendant have been settled. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs.

**DONE and ORDERED** this 5th day of December, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE